UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DERRICK DWAYNE SNEEZE**                                **CIVIL ACTION**

**VERSUS**                                                **NO. 11-987**

**TERREBONNE PARISH SHERIFF'S OFFICE**                    **SECTION "I"(1)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this ___10th___ day of June, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE